IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40901
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSEPH ANTOINE LEE, JR.,
also known as Allen Holcomb,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-41-2
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Joseph Antoine Lee, Jr., appeals the sentence following his guilty plea conviction for being a felon in possession of a firearm.  Lee argues that the district court erred in refusing to grant him a three-level reduction for acceptance of responsibility.  We have reviewed the records and the briefs of the parties and hold that the district court did not clearly err.

_____

[*]This matter is being decided by a quorum.  28 U.S.C. § 46(d).

[**]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Diaz, 39 F.3d 568, 571 (5th Cir. 1994); United States v. Hardeman, 933 F.2d 278, 284 (5th Cir. 1991).

AFFIRMED.